UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RENEE ESPERANZA ARAMBULA,<br><br>    Defendant. | Case No. 2:24-mj-00015-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  RENEE ESPERANZA ARAMBULA , Case No. 2:24-mj-00015-JDP , Charge 21 USC § 846 , from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 25,000.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): The defendants release will be delayed until, February 8, 2024, at 8:30 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on February 07, 2024 at 2:45 PM.

By: _/s/ Allison Claire_____

Magistrate Judge Allison Claire